

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number:     01-14-00589-CV

Style:     Rosemary Thompson and Timothy E. Thompson

**v**. HSBC Bank USA, National Association, as Trustee for Ace Securities Corp. Home

Equity Loan Trust Series 2004-HE3 Asset-Backed-Pass-Through Certificates

Date motion filed:     September 29, 2014

Type of motion:     "Motion for Admissible Expedited Default Judgment Signed Dated June 20, 2008 as Key

Evidence"

Party filing motion:     Appellants

Document to be filed:

Is appeal accelerated?     No

If motion to extend time:

    Original due date:

    Number of previous extensions granted:     Current Due date:

    Date Requested:

Ordered that motion is:

    ☐     Granted

       If document is to be filed, document due:

       ☐     Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☒     Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐     Other: _____

Judge's signature:     /s/ Terry Jennings

       ☑ Acting individually     ☐ Acting for the Court

Panel consists of     _____

Date: November 25, 2014